UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA EVANS, | No. 2:15-cv-1951 MCE AC (TEMP) |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA COMMISSION ON PEACE OFFICERS STANDARDS AND TRAINING; et al., | |
| Defendants. | |

On June 8, 2016, this matter came before the undersigned for hearing of plaintiff's motion to compel. Attorney Scott Brown appeared on behalf of the plaintiff. Attorney Connie Broussard appeared on behalf of the defendants.

Upon consideration of the arguments on file and at the hearing, and for the reasons set forth on the record at the hearing, IT IS HEREBY ORDERED that:

1. Plaintiff's April 28, 2016 motion to compel (ECF No. 21) is granted in part and denied in part.

2. Within thirty days of the date of this order defendants shall produce to plaintiff responsive documents found in the 20 folders, 8 documents and 12 categories of electronic mail identified by plaintiff. Defendants, if appropriate, may assert a claim of privilege as to any discrete document, accompanied by a privilege log.

1

3. Within thirty days of the date of this order defendants shall permit plaintiff to inspect the laptop at issue on a date agreed upon by the parties.  Plaintiff shall be permitted up to six hours of time to review the laptop and its contents.  Defendants may have an IT consultant present for plaintiff's review of the laptop.

4. Plaintiff's request for sanctions is denied.

DATED:  June 8, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE