BROWN | POORE LLP
Scott A. Brown (SBN 177099)
David M. Poore (SBN 192541)
1350 Treat Boulevard, Suite 420
Walnut Creek, California 94597
(925) 943-1166
sbrown@bplegalgroup.com
*Attorneys for Plaintiff Tamara Evans*

KATHLEEN A. KENEALY (SBN 212289)
Acting Attorney General of California
CHRISTINE MERSTEN (SBN 149752)
Supervising Deputy Attorney General
CONNIE A. BROUSSARD (SBN 228237)
Deputy Attorney General
600 West Broadway, Suite 1800
San Diego, CA 92101
(619) 738-9515
Connie.Broussard@doj.ca.gav
*Attorneys for Defendants California Commission of Peace Officer Standards & Training, Edmund Pecinovsky, Anne Brewer*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TAMARA EVANS,** | 2:15-CV-01951-MCE-DB |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND DISCOVERY DATES** |
| **CALIFORNIA COMMISSION ON PEACE OFFICERS STANDARDS AND TRAINING; EDMUND PECINOVSKY; ANNE BREWER and DOES 1-25,** | |
| Defendants. | |

1    Pursuant to Local Rules 143 and 144, Plaintiff Tamara Evans and Defendants California
2 Commission on Peace Officers Standards and Training, Anne Brewer, and Edmund Pecinovsky
3 hereby stipulate to extend the discovery cutoff dates.
4    There exists good cause to extend the discovery deadlines and modify the pre-trial order
5 in accordance with FRCP 16.  All parties agree that the current discovery schedule does not
6 provide sufficient time.  The parties agree to a 60 day extension of currently scheduled deadlines
7 as set forth below.  No trial date has been assigned in this case which has been reassigned twice.
8 The parties believe that each will benefit from the extension and there will be no undue prejudice.
9    Although this case was originally filed on June 4, 2014, there was a dormant period where
10 Plaintiff substituted counsel.  A First Amended Complaint was filed on August 10, 2015.
11    Written discovery has been propounded.  Several long standing disputes exist regarding
12 (a) the lack of labelling of documents produced by Defendants; (b) the production of various
13 documents; and (c) production of the contents from Plaintiff's laptop used during her
14 employment.
15    The parties have commenced the depositions of Plaintiff Tamara Evans and Defendant
16 Edmund Pecinovsky and are close to completing them.  The Parties have further met and
17 conferred regarding the production of the following witnesses identified in Defendants' Initial
18 Disclosures:  Anne Brewer, Darla Engler, Stephanie Scofield, Teresa Keller, Robert Stresak,
19 Richard Reed, Alan Deal, Donna Wooten, and Frank Decker.  Dates certain have been assigned
20 for the completion of Ms. Evans' deposition, as well as the depositions of Ms. Brewer, Mr. Reed,
21 and Ms. Scofield.  Defense counsel is attempting to obtain dates for the remaining witnesses.
22    The Parties agree that under the current discovery deadlines, it will be extremely difficult
23 and burdensome on counsel and witnesses to complete necessary discovery.  Previous requests to
24 continue discovery deadlines have been made.
25    WHEREAS the court previously set April 18, 2017 as the deadline for fact discovery;
26    WHEREAS the court previously set June 19, 2017 as the deadline for expert discovery.
27
28

The parties do therefore Stipulate and agree as follows:

1. To extend Fact discovery cutoff until June 20, 2017;
2. To extend Designation of Experts deadline until August 22, 2017;
3. That a Status and Setting Conference be set for a date convenient to the court to address the remaining case calendar, including assignment of trial.

Dated:  March 24, 2017			BROWN POORE LLP

					*/s/ Scott A. Brown*

					SCOTT A. BROWN
					*Attorneys for Plaintiff Tamara Evans*

Dated:  March 24, 2017			California Deputy Attorney General

					*/s/ Connie A. Broussard*

					CONNIE A. BROUSSARD
					*Attorneys for Defendants*

3

1  I hereby attest that concurrence in the filing of the document has been obtained by all of the signatories.

Dated: March 24, 2017                                BROWN POORE LLP


*/s/ Scott A. Brown*
_____
SCOTT A. BROWN
*Attorneys for Plaintiff Tamara Evans*


**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 31, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE