1  BROWN POORE LLP
   SCOTT A. BROWN, State Bar No. 177099
2  DAVID M. POORE, State Bar No. 192541
    1350 Treat Boulevard, Suite 420
3   Walnut Creek, CA 94597
    P.O. Box 944255
4   Sacramento, CA 94244-2550
    Telephone: (925) 943-1166
5   E-mail: sbrown@bplegalgroup.com
   *Attorneys for Plaintiff Tamara Evans*

6
   XAVIER BECERRA, State Bar No. 118517
7  Attorney General of California
   ANDREA R. AUSTIN, State Bar No. 173630
8  Supervising Deputy Attorney General
   KELCIE M. GOSLING, State Bar No. 142225
9  Deputy Attorney General
    1300 I Street, Suite 125
10  P.O. Box 944255
    Sacramento, CA 94244-2550
11  Telephone: (916) 210-6114
    Fax: (916) 324-5567
12  E-mail: Kelcie.Gosling@doj.ca.gov
   *Attorneys for Defendants*
13 *California Commission on Peace Officer Standards*
   *& Training, Edmund Pecinovsky and Anne Johnston*

14                    UNITED STATES DISTRICT COURT

15                    EASTERN DISTRICT OF CALIFORNIA

16

17

18  **TAMARA EVANS,**                      2:15-cv-01951-MCE-DB

19                          Plaintiff,    **STIPULATION AND ORDER TO**
                                          **MODIFY PRETRIAL SCHEDULING**
20      v.                                **ORDER TO PERMIT DEFENDANTS TO**
                                          **DESIGNATE KRISTOFFER HALL AS**
21                                        **EXPERT WITNESS ON ECONOMIC**
    **CALIFORNIA COMMISSION ON PEACE**     **DAMAGES DUE TO RETIREMENT OF**
22  **OFFICER STANDARDS AND TRAINING;**    **DEFENDANTS' PREVIOUSLY**
    **EDMUND PECINOVSKY; ANNE**            **DESIGNATED EXPERT WITNESS**
23  **BREWER and DOES 1-25,**              **MARGO OGUS**

24                         Defendants.

25

26                              **STIPULATION**

27        Pursuant to Federal Rule of Procedure 16(b)(4) and Local Rules 143 and 144, plaintiff

28  Tamara Evans ("plaintiff") and defendants California Commission on Peace Officer Standards

                                          1

and Training, Edmund Pecinovsky and Anne Johnston (collectively, "defendants") hereby stipulate and request the Court to modify the Pretrial Scheduling Order to permit defendants to designate Kristoffer M. Hall as an expert witness on economic damages in place of defendants' previously-designated expert witness on that subject, Margo Ogus. Good cause exists to modify the Pretrial Scheduling Order under Rule 16 for the following reasons.

The Court's most recent scheduling order required the parties to designate expert witnesses on or before September 27, 2017. *See* Document 69. On October 17, 2017, pursuant to Federal Rule of Civil Procedure 26(a)(2)(D)(ii), defendants timely filed a Rebuttal Expert Disclosure designating Margo Ogus to offer expert testimony about plaintiff's claimed economic losses in rebuttal to plaintiff's retained expert witness on that topic. *See* Document 76. Defendants' disclosure included Dr. Ogus's written report setting forth the opinions she would offer at trial. *Id.*

In mid-2019, Dr. Ogus advised defendants' counsel that she was retiring and winding up her firm, and therefore could not testify at the trial of this matter in May 2020. Defendants have since retained Kristoffer Hall, who concurs in the opinions expressed in Dr. Ogus's written report. Mr. Hall's trial testimony will express the opinions set forth in that report and he will not offer any additional or different opinions. Defense counsel has provided plaintiff's counsel with Mr. Hall's curriculum vitae and fee schedule, which are attached hereto as Exhibit A.

The parties have made three previous requests to extend discovery deadlines in this case.

The parties therefore stipulate and request that the Court order as follows:

1. To modify the Pretrial Scheduling Order to permit defendants to designate Kristoffer Hall as a retained expert witness in place of Margo Ogus to testify about plaintiff's claimed economic losses.

/ / /

/ / /

/ / /

/ / /

/ / /

2.      To order defendants to file a Supplemental Expert Witness Disclosure designating Mr. Hall in place of Dr. Ogus within five (5) court days of the Court's entry of the attached Order.

Dated:  October 3, 2019                          Respectfully submitted,

                                                BROWN POORE LLP

                                                /s/ Scott A. Brown

                                                SCOTT A. BROWN
                                                Attorneys for Plaintiff Tamara Evans


Dated:  October 3, 2019                          Respectfully submitted,

                                                XAVIER BECERRA
                                                Attorney General of California
                                                ANDREA R. AUSTIN
                                                Supervising Deputy Attorney General

                                                /s/ Kelcie M. Gosling

                                                KELCIE M. GOSLING
                                                Deputy Attorney General
                                                Attorneys for Defendants
                                                California Commission on Peace Officer
                                                Standards and Training, Edmund
                                                Pecinovsky and Anne Johnston


## ORDER

IT IS SO ORDERED.

Dated:  October 10, 2019


_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE