IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TAMARA EVANS,**<br><br>            Plaintiff,<br><br>       v.<br><br>**CALIFORNIA COMMISSION ON PEACE OFFICERS STANDARDS AND TRAINING; EDMUND PECINOVSKY; ANNE BREWER and DOES 1-25,**<br><br>            Defendants. | Case No. 2:15-cv-01951-MCE-DB<br><br>**ORDER** |

Presently before the Court are Defendants' Motion to Modify Pretrial Scheduling Order to permit a second deposition of Plaintiff (ECF No. 105) and Motion to Amend Answers and File Motion for Partial Summary Judgment (ECF No. 110). The Motion to Modify Pretrial Scheduling Order is DENIED, and the Motion to Amend Answers and File Partial Motion for Summary Judgment is GRANTED. Defendants' Motion for Partial Summary Judgment shall be filed not later than December 19, 2022.

**IT IS SO ORDERED**.

DATED: December 19, 2022

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

1