Scott A. Brown (SBN: 177099)
sbrown@bplegalgroup.com
**BROWN | POORE LLP**
2950 Buskirk Avenue, Suite 330
Walnut Creek, California 94597
Telephone: 925.943.1166/ Facsimile: 925.955.8600

Lawrance A. Bohm (SBN: 208716)
lbohm@bohmlaw.com
Kelsey K. Ciarimboli (SBN: 302611)
kciarimboli@bohmlaw.com
Andrew L. Thrasher (SBN: 346124)
athrasher@bohmlaw.com
Jack C. Brouwer (SBN: 353351)
jbrouwer@bohmlaw.com
**BOHM LAW GROUP, INC.**
4600 Northgate Blvd., Ste. 210
Sacramento, California 95834
Telephone:  866.920.1292
Facsimile:   916.927.2046
Email:        BLG001021@bohmlaw.com

Rob Bonta, State Bar No. 202668
Attorney General of California
Kristin M. Daily, State Bar No. 186103
Supervising Deputy Attorney General
Joseph R. Wheeler, State Bar No. 216721
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone:  (916) 210-7833
Fax:  (916) 324-5567
E-mail:  Joseph.Wheeler@doj.ca.gov
             kristin.daily@doj.ca.gov

Attorneys for Plaintiff,
TAMARA EVANS

Attorneys for Defendants,
CALIFORNIA COMMISION ON PEACE OFFICERS AND TRAINING; EDMUND PECINOVSKY; ANNE BREWER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA EVANS,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA COMMISSION ON PEACE OFFICERS STANDARDS AND TRAINING; EDMUND PECINOVSKY; ANNE BREWER and DOES 1-25, inclusive,<br><br>    Defendant. | Case No.: 2:15-cv-01951-MCE-DB<br><br>**JOINT STIPULATION OF DISMISSAL OF INDIVIDUAL DEFENDANTS' ONLY WITH PREJUDICE PURSUANT TO FRCP 41(a); ORDER**<br><br>Action Filed:  June 4, 2014<br>Trial Date:     September 3, 2024 |

**TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

   Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties to this action,

1

**Joint Stipulation of Dismissal of Individual Ds with Prejudice Pursuant to FRCP 41(a); Order**
*Evans v. CA Commission on Peace Officers Standards & Training, et al.*        Case No.: 2:15-cv-01951-MCE-DB

through their undersigned counsel, stipulate as follow:

1. That Defendant's Edmund Pecinovsky and Anne Brewer be dismissed from the above captioned case with prejudice.

2. Defendant Edmund Pecinovsky and Anne Brewer shall bear their own costs and attorneys' fees and expressly waive all costs and attorneys' fees against Plaintiff.

3. Defendant Edmund Pecinovsky and Anne Brewer agree that they will appear for trial in person at the request of Plaintiff, which shall be coordinated through Defendant's counsel. A subpoena shall be served on Defendant's counsel who accepts on Defendant Edmund Pecinovsky and Anne Brewer's behalf for their appearance.

4. Defendant California Commission on Peace Officers Standards and Training agree that Plaintiff may use the deposition of Defendant Edmund Pecinovsky and Anne Brewer at trial such as if Defendant Edmund Pecinovsky and Anne Brewer were still defendants in this action.

**IT IS HEREBY STIPULATED** by and between the parties to this action through their undersigned counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, rule 41(a)(1)(A)(ii). Each party shall bear his/her own costs and attorneys' fees.

Date: August 1, 2024

By: Kelsey K. Ciarimboli
_____
LAWRANCE A. BOHM, ESQ.
KELSEY K. CIARIMBOLI, ESQ.
SCOTT A. BROWN, ESQ.

Attorneys for Plaintiff,
TAMARA EVANS

Date: July 31, 2024

By: Joseph Wheeler – as Authorized on 7/31/24 _____
JOSEPH WHEELER, ESQ.

Attorney for Defendants,

CALIFORNIA COMMISSION ON PEACE OFFICERS STANDARDS

2

**Joint Stipulation of Dismissal of Individual Ds with Prejudice Pursuant to FRCP 41(a); Order**
*Evans v. CA Commission on Peace Officers Standards & Training, et al.*     Case No.: 2:15-cv-01951-MCE-DB

BOHM LAW GROUP, INC.
4600 NORTHGATE BOULEVARD, SUITE 210
SACRAMENTO, CALIFORNIA 95834

AND TRAINING; EDMUND PECINOVSKY; ANNE BREWER

## **ORDER**

The stipulation is approved. All claims against Edmund Pecinovsky and Anne Brewer are hereby dismissed without prejudice, with each party bearing its own costs and Attorneys' Fees.

Dated:  August 1, 2024          /s/ Daniel J. Calabretta
_____
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

3

**Joint Stipulation of Dismissal of Individual Ds with Prejudice Pursuant to FRCP 41(a); Order**
*Evans v. CA Commission on Peace Officers Standards & Training, et al.*     Case No.: 2:15-cv-01951-MCE-DB