Scott A. Brown (SBN: 177099)
sbrown@bplegalgroup.com
**BROWN | POORE LLP**
2950 Buskirk Avenue, Suite 330
Walnut Creek, California 94597
Telephone: 925.943.1166/ Facsimile: 925.955.8600

Lawrance A. Bohm (SBN: 208716)
lbohm@bohmlaw.com
Kelsey K. Ciarimboli (SBN: 302611)
kciarimboli@bohmlaw.com
Andrew L. Thrasher (SBN: 346124)
athrasher@bohmlaw.com
Jack C. Brouwer (SBN: 353351)
jbrouwer@bohmlaw.com
**BOHM LAW GROUP, INC.**
4600 Northgate Blvd., Ste. 210
Sacramento, California 95834
Telephone:  866.920.1292
Facsimile:  916.927.2046
Email:      BLG001021@bohmlaw.com

Rob Bonta, State Bar No. 202668
Attorney General of California
Kristin M. Daily, State Bar No. 186103
Supervising Deputy Attorney General
Joseph R. Wheeler, State Bar No. 216721
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone:  (916) 210-7833
Fax:  (916) 324-5567
E-mail:  Joseph.Wheeler@doj.ca.gov
         kristin.daily@doj.ca.gov

Attorneys for Plaintiff,
TAMARA EVANS

Attorneys for Defendants,
CALIFORNIA COMMISION ON PEACE
OFFICERS AND TRAINING; EDMUND
PECINOVSKY; ANNE BREWER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA EVANS, | Case No.: 2:15-cv-01951-MCE-DB |
| Plaintiff, | **AMENDED JOINT STIPULATION OF DISMISSAL OF INDIVIDUAL DEFENDANTS' ONLY WITH PREJUDICE PURSUANT TO FRCP 41(a); ORDER** |
| v. | |
| CALIFORNIA COMMISSION ON PEACE OFFICERS STANDARDS AND TRAINING; EDMUND PECINOVSKY; ANNE BREWER and DOES 1-25, inclusive, | |
| Defendant. | Action Filed:   June 4, 2014<br>Trial Date:     September 3, 2024 |

**TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties to this action,

Bohm Law Group, Inc.
4600 Northgate Boulevard, Suite 210
Sacramento, California 95834

1

Amended Joint Stipulation of Dismissal of Individual Ds with Prejudice Pursuant to FRCP 41(a); Order
*Evans v. CA Commission on Peace Officers Standards & Training, et al.*     Case No.: 2:15-cv-01951-MCE-DB

through their undersigned counsel, stipulate as follow:

1.     That Defendant's Edmund Pecinovsky and Anne Brewer be dismissed from the above captioned case with prejudice.

2.     Defendant Edmund Pecinovsky and Anne Brewer shall bear their own costs and attorneys' fees and expressly waive all costs and attorneys' fees against Plaintiff.

3.     Defendant Edmund Pecinovsky and Anne Brewer agree that they will appear for trial in person at the request of Plaintiff, which shall be coordinated through Defendant's counsel. A subpoena shall be served on Defendant's counsel who accepts on Defendant Edmund Pecinovsky and Anne Brewer's behalf for their appearance.

4.     Defendant California Commission on Peace Officers Standards and Training agree that Plaintiff may use the deposition of Defendant Edmund Pecinovsky and Anne Brewer at trial such as if Defendant Edmund Pecinovsky and Anne Brewer were still defendants in this action.

**IT IS HEREBY STIPULATED** by and between the parties to this action through their undersigned counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, rule 41(a)(1)(A)(ii). Each party shall bear his/her own costs and attorneys' fees.

Date: August 12, 2024                By: Kelsey K. Ciarimboli

                                          _____

                                          LAWRANCE A. BOHM, ESQ.
                                          KELSEY K. CIARIMBOLI, ESQ.
                                          SCOTT A. BROWN, ESQ.

                                          Attorneys for Plaintiff,
                                          TAMARA EVANS

Date: August 12, 2024                By: Joseph Wheeler (As Authorized on 08/12/24) _____

                                          JOSEPH WHEELER, ESQ.

                                          Attorney for Defendants,

                                          CALIFORNIA COMMISSION ON
                                          PEACE OFFICERS STANDARDS
                                          PECINOVSKY; ANNE BREWER

2

**Amended Joint Stipulation of Dismissal of Individual Ds with Prejudice Pursuant to FRCP 41(a); Order**
*Evans v. CA Commission on Peace Officers Standards & Training, et al.*      Case No.: 2:15-cv-01951-MCE-DB

## __ORDER__

The stipulation is approved. All claims against Edmund Pecinovsky and Anne Brewer are hereby dismissed with prejudice, with each party bearing its own costs and Attorneys' Fees.

Dated:  August 12, 2024                                  /s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

**Amended Joint Stipulation of Dismissal of Individual Ds with Prejudice Pursuant to FRCP 41(a); Order**

*Evans v. CA Commission on Peace Officers Standards & Training, et al.*          Case No.: 2:15-cv-01951-MCE-DB

BOHM LAW GROUP, INC.
4600 NORTHGATE BOULEVARD, SUITE 210
SACRAMENTO, CALIFORNIA 95834