**FILED**

SEP 26 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA EVANS, | **JURY NOTE** |
| Plaintiff | |
| v. | Case No.: 2:15-cv-01951-DJC-SCR |
| CALIFORNIA COMMISSION ON PEACE OFFICERS STANDARDS AND TRAINING, | |
| Defendant | |

Date: 9/26/24
Time: 1032A

| FOR COURT USE |
|---|
| Date: 9/26/2024 |
| Time: 11:53 AM |

The jury has reached a unanimous verdict:   YES: ____   NO: ____

The jury has the following question(s):

① WATCH VIDEO OF ENTERPRISE INCIDENT (AFTER LUNCH)

② ~~Accounting Help - Definition of Full Value vs Present~~ ~~(Allman~~
~~Discount~~ ~~calculation)~~
~~Value~~

③ ~~Is Santos Deposition available? and if so can we use it to compare with~~
~~video per Defense Request~~

DATED: ███████████████████

JUROR/FOREPERSON

1