



**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAMARA EVANS, | **JURY NOTE** |
| Plaintiff | |
| v. | Case No.: 2:15-cv-01951-DJC-SCR |
| CALIFORNIA COMMISSION ON PEACE OFFICERS STANDARDS AND TRAINING, | |
| Defendant | |

FOR COURT USE
Date: 9/26/2024
Time: 1:16 PM

Date: _____
Time: _____

The jury has reached a unanimous verdict:     YES: ____   NO: ____

The jury has the following question(s):

ON QUESTION #9 WHERE DOES THIS $ VALUE FOR TAX NEUTRALIZATION INTO QUESTION #8.

DATED: 9/26/24

1