



UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA EVANS,<br><br>    Plaintiffs,<br><br>    v.<br><br>CALIFORNIA COMMISSION ON PEACE OFFICERS STANDARDS AND TRAINING, et al.,<br><br>    Defendants. | No. 2:15-cv-01951-DJC-CSK<br><br>**VERDICT FORM** |

We, the jury, unanimously find the following verdict on the questions submitted to us:

**Question No. 1:** Did Tamara Evans report waste, fraud, violation of law, or abuse of authority?

Yes __✓__        No _____

If you answered **"Yes"** to Question No. 1, proceed to Question No. 2. If you answered **"No"**, stop here, answer no further questions, and have the presiding juror sign and date this form.

1

**Question No. 2:** Did Tamara Evans' communication disclose evidence of an improper governmental activity?

Yes __✓__        No _____

*If your answered **"Yes"** to Question No. 2, proceed to Question No. 3. If you answered **"No"**, stop here, answer no further questions, and have the presiding juror sign and date this form.*

**Question No. 3:** Did Tamara Evans make this communication in good faith?

Yes __✓__        No _____

*If your answered **"Yes"** to Question No. 3, proceed to Question No. 4. If you answered **"No"**, stop here, answer no further questions, and have the presiding juror sign and date this form.*

**Question No. 4:** Did California Commission on Peace Officers Standards and Training ("POST") take adverse action against Tamara Evans?

Yes __✓__        No _____

*If your answered **"Yes"** to Question No. 4, proceed to Question No. 5. If you answered **"No"**, stop here, answer no further questions, and have the presiding juror sign and date this form.*

**Question No. 5:** Was Tamara Evans' communication a contributing factor in POST's decision to take adverse action against her?

Yes ✓   No ____

If your answered **"Yes"** to Question No. 5, proceed to Question No. 6. If you answered **"No"**, stop here, answer no further questions, and have the presiding juror sign and date this form.

**Question No. 6:** Was POST's conduct a substantial factor in causing harm to Tamara Evans?

Yes ✓   No ____

If your answered **"Yes"** to Question No. 6, proceed to Question No. 7. If you answered **"No"**, stop here, answer no further questions, and have the presiding juror sign and date this form.

**Question No. 7:** Did POST prove by clear and convincing evidence that POST would have taken adverse action against Tamara Evans anyway at that time for legitimate, independent reasons?

Yes ____   No ✓

If your answered **"No"** to Question No. 7, proceed to Question No. 8. If you answered **"Yes"**, stop here, answer no further questions, and have the presiding juror sign and date this form.

3

**Question No. 8:** What are Tamara Evans' damages?

### Economic Damages

Past Lost Earnings        $ 1,239,956

Future Lost Earnings      $ 1,566,600

### Non-Economic Damages

Past Non-Economic Damages     $ 3,400,000

Future Non-Economic Damages   $ 2,000,000

**Total Damages**             $ 8,763,286

*If you awarded economic damages (whether past lost earnings, future lost earnings, or both) in Question No. 8, proceed to Question No. 9. If you did not award economic damages, proceed directly to Question No. 10.*

**Question No. 9:** What portion of the economic damages awarded were for tax neutralization purposes?

$ 556,730

*Proceed to Question No. 10.*

4

**Question No. 10:** Is an award of interest appropriate for Tamara Evans' damages for past economic lost earnings?

Yes ✗    No ✓

9/26/24
DATED