## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**TAMARA EVANS,**

v.

CASE NO: **2:15–CV–01951–DJC–SCR**

**CALIFORNIA COMMISSION ON PEACE OFFICERS STANDARDS AND TRAINING, ET AL.,**

**XX** –– **Jury Verdict.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE JURY VERDICT RENDERED 9/26/2024**

**Keith Holland**
Clerk of Court

ENTERED: **September 26, 2024**

by: /s/  G. Michel
Deputy Clerk