# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA EVANS, <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA COMMISSION ON PEACE OFFICERS STANDARDS AND TRAINING, <br><br> Defendant. | Case No.:   2:15-cv-01951-DJC-SCR |

**AMENDED FINAL JUDGMENT**

For the reasons set out in this Court's Order signed on April 17, 2025 (ECF No. 264), and Plaintiff's Notice of Acceptance of Remittitur (ECF No. 265), the final judgment is amended. The total damages awarded to Tamara Evans is reduced to $8,308,599.00

Dated:  May 13, 2025

_____
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE