Lawrance A. Bohm (SBN: 208716)
lbohm@bohmlaw.com
Kelsey K. Ciarimboli (SBN: 302611)
kciarimboli@bohmlaw.com
Andrew L. Thrasher (SBN: 346124)
athrasher@bohmlaw.com
Jack C. Brouwer (SBN: 353351)
jbrouwer@bohmlaw.com
**BOHM LAW GROUP, INC.**
4600 Northgate Blvd., Ste. 210
Sacramento, California 95834
Telephone:  866.920.1292/ Facsimile: 916.927.2046
Email:         BLG001021@bohmlaw.com

Scott A. Brown (SBN: 177099)
sbrown@bplegalgroup.com
**BROWN | POORE LLP**
2950 Buskirk Avenue, Ste. 330
Walnut Creek, California 94597
Telephone: 925.943.1166

Attorneys for Plaintiff,
TAMARA EVANS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA EVANS,<br><br>  Plaintiff,<br><br>  v.<br><br>CALIFORNIA COMMISSION ON PEACE OFFICERS STANDARDS AND TRAINING; and DOES 1-25, inclusive,<br>  Defendant. | Case No.: 2:15-cv-01951-DJC-SCR<br><br>**STIPULATION AND ORDER TO CONTINUE PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES**<br><br>Action Filed:   June 4, 2014<br>Trial Date:      September 3, 2024 |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

Plaintiff TAMARA EVANS ("Plaintiff") and Defendant CALIFORNIA COMMISSION ON PEACE OFFICER STANDARDS AND TRAINING ("Defendant") collectively (the "parties"), through their respective attorneys of record, hereby stipulate and agree as follows:

1. WHEREAS, Plaintiff filed this action on June 4, 2014;

2. WHEREAS, trial in this case commenced on September 3, 2024;

3. WHEREAS, the trial concluded on September 26, 2024, with a jury verdict in favor of Plaintiff;

4. WHEREAS, the Court entered judgment in accordance with the jury verdict on September 26, 2024;

5. WHEREAS, Plaintiff as the prevailing party is entitled to file a Motion for Award of Attorneys' Fees;

6. WHEREAS, the Court ruled on Defendant's post-trial motions on April 17, 2025;

7. WHEREAS, Defendant plans to file a Notice of Appeal;

8. WHEREAS, the parties are currently meeting and conferring regarding potential mediation;

9. WHEREAS, the parties agree that additional time is necessary for Plaintiff's Motion for Award of Attorneys' Fees beyond the time provided under Local Rule 293(a) in this case;

10. WHEREAS, a continuance of post-trial deadlines is not sought for any improper purpose;

///
///
///
///
///
///

2

**Stipulation and Order to Continue Motion for Award of Attorneys' Fees**
*Evans v. CA Commission on Peace Officers Standards & Training, et al.*     Case No.: 2:15-cv-01951-MCE-DB

**IT IS THEREFORE STIPULATED:**

1. Plaintiff's deadline to file a Motion for Award of Attorneys' Fees is continued 60 days from June 16, 2025, to August 15, 2025.

**IT IS SO STIPULATED**

Date: May 14, 2025                    */s/ Kelsey K. Ciarimboli, Esq.*
                                                  LAWRANCE A. BOHM, ESQ.
                                                  KELSEY K. CIARAMBOLI, ESQ.
                                                  Attorneys for Plaintiff


Date: May 14, 2025                    */s/ Joseph R. Wheeler, Esq.*
                                                  JOSEPH R. WHEELER, ESQ.
                                                  Attorney for Defendant

**ORDER**

Based upon the above Stipulation of the Parties, and good cause appearing therefore, IT IS HEREBY ORDERED:

1. Plaintiff's deadline to file a Motion for Award for Attorneys' Fees is continued 60 days from June 16, 2025, to August 15, 2025.

**IT IS SO ORDERED.**

Dated: May 14, 2025                   /s/ Daniel J. Calabretta
                                                  THE HONORABLE DANIEL J. CALABRETTA
                                                  UNITED STATES DISTRICT JUDGE

3

**Stipulation and Order to Continue Motion for Award of Attorneys' Fees**
*Evans v. CA Commission on Peace Officers Standards & Training, et al.*    Case No.: 2:15-cv-01951-MCE-DB