| | |
|---|---|
| TAMARA EVANS,<br><br>  Plaintiff,<br><br>v.<br><br>CALIFORNIA COMMISSION ON PEACE OFFICERS STANDARDS AND TRAINING; EDMUND PECINOVSKY; ANNE BREWER and DOES 1-25,<br><br>  Defendants. | 2:15-cv-01951-DJC-SCR<br><br>**ORDER APPROVING DEFENDANT'S CASH BOND INSTRUMENT** |

Defendant California Commission on Peace Officer Standards and Training has submitted a proposed Cash Bond Instrument, which provides that it "will deposit a money bond in the amount of $10,414,429.71 with the Clerk of the Court upon condition of the Court's Order granting this instrument and is to be held by the Clerk of the Court during the pendency of Defendant's appeal of the judgment in this case." It also provides that, in "the event that Defendant's appeal is affirmed (or dismissed prior to disposition) by the Ninth Circuit Court of Appeals, the deposited funds shall be released to Plaintiff Tamara Evans in the amount of the judgment plus applicable interest as determined by the District Court, with any remaining balance refunded to Defendant California Commission on Peace Officer Standards and Training."

1  The proposed language in Defendant's proposed bond instrument appears to satisfy the requirements of Local Rule 151 and Rule 62 of the Federal Rules of Civil Procedure.  Therefore, the Court approves Defendant's proposed Cash Bond Instrument and directs Defendant to post a cash bond in the amount of $10,414,429.71 and the approved bond instrument to the Clerk of the Court within 10 days of this Order.[1]

  Accordingly, **IT IS HEREBY ORDERED** that:

  1.  Defendant's Ex Parte Application to approve the Cash Bond Instrument is **GRANTED**, and the bond instrument submitted by Defendant is **APPROVED**.

  2.   Within 10 days of this Order, Defendant shall deposit $10,414,429.71 and the approved bond instrument with the Clerk of the Court to be deposited into the court's Deposit fund.

  3.  Execution of judgment in this action will be stayed pursuant to Rule 62 of the Federal Rules of Civil Procedure upon the posting of Defendant's Cash Bond Instrument.

  4.  The Clerk is directed to notify the financial department of this order.

  **IT IS SO ORDERED.**

Dated:  May 15, 2025       /s/ Daniel J. Calabretta
                THE HONORABLE DANIEL J. CALABRETTA
                UNITED STATES DISTRICT JUDGE

---

[1] The payment need not be cash, but can be made by check.