Scott A. Brown (SBN: 177099)
sbrown@bplegalgroup.com
BROWN | POORE LLP
2950 Buskirk Avenue, Suite 330
Walnut Creek, California 94597
Telephone: 925.943.1166/ Facsimile: 925.955.8600

Lawrance A. Bohm (SBN: 208716)
lbohm@bohmlaw.com
Kelsey K. Ciarimboli (SBN: 302611)
kciarimboli@bohmlaw.com
Andrew L. Thrasher (SBN: 346124)
athrasher@bohmlaw.com
Jack C. Brouwer (SBN: 353351)
jbrouwer@bohmlaw.com
BOHM LAW GROUP, INC.
4600 Northgate Blvd., Ste. 210
Sacramento, California 95834
Telephone:  866.920.1292
Facsimile:  916.927.2046
Email:      BLG001021@bohmlaw.com

Attorneys for Plaintiff,
TAMARA EVANS

ROB BONTA, State Bar No. 202668
Attorney General of California
KRISTIN M. DAILY, State Bar No. 186103
Supervising Deputy Attorney General
JOSEPH R. WHEELER, State Bar No. 216721
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone:  (916) 210-7833
Fax:  (916) 324-5567
E-mail:  Joseph.Wheeler@doj.ca.gov
         kristin.daily@doj.ca.gov

Attorneys for Defendants,
CALIFORNIA COMMISION ON PEACE
OFFICERS AND TRAINING

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA EVANS,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CALIFORNIA COMMISSION ON PEACE OFFICERS STANDARDS AND TRAINING; EDMUND PECINOVSKY; ANNE BREWER and DOES 1-25,<br><br>　　　　　　　　　　　　Defendants. | 2:15-cv-01951-DJC-SCR<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND MODIFY BRIEFING SCHEDULE**<br><br>Courtroom:　7<br>Judge:　　　Hon. Daniel J. Calabretta<br>Trial Date:　June 4, 2014<br>Action Filed:　September 3, 2024 |

1

## STIPULATION

1. On August 15, 2025, Plaintiff Tamara Evans filed a motion for attorney's fees in which she is seeking in excess of $7 million in attorney's fees. (ECF No. 277.) The motion is set for hearing on September 18, 2025. (*Id.*)

2. Defendant California Commission on Peace Officer Standards and Training's Opposition to the motion is currently due on or before August 29, 2025.

3. The parties have met and conferred and have reached an agreement to continue the hearing on Plaintiff's motion and modify the briefing schedule.

4. The parties have agreed to continue the hearing on Plaintiff's motion from September 18, 2025, to December 4, 2025.

5. The parties have agreed that Defendant's deadline to file an opposition to Plaintiff's motion shall be continued from August 29, 2025, to October 17, 2025.

6. The parties have agreed that Plaintiff's deadline to file a reply brief in support of Plaintiff's motion will be 14 days after Defendant files its opposition.

7. The parties have entered into this stipulation in good faith and believe that it achieves fairness to all sides, particularly in light of the amount sought by Plaintiff's motion.

**IT IS SO STIPULTED**.

Date: August 26, 2025        By: _____
                                  LAWRANCE A. BOHM, ESQ.
                                  KELSEY K. CIARIMBOLI, ESQ.
                                  SCOTT A. BROWN, ESQ.

                                  Attorneys for Plaintiff
                                  TAMARA EVANS

Date: August 26, 2025        By: _____
                                  JOSEPH WHEELER, ESQ.

                                  Attorney for Defendant
                                  CALIFORNIA COMMISSION ON
                                  PEACE OFFICERS STANDARDS
                                  AND TRAINING

**ORDER**

Based on the stipulation of the parties and good cause appearing, the Court hereby orders that:

1. The hearing on Plaintiff filed a motion for attorney's fees (ECF No. 277) is continued to December 4, 2025, at 1:30 p.m. in Courtroom 7.

2. Defendant's opposition to the motion shall be filed on or before October 17, 2025.

3. Plaintiff's reply brief, if any, shall be filed no later than 14 days after Defendant files its opposition.

**IT IS SO ORDERED.**

Date: _____
**HON. DANIEL J. CALABRETTA**
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Tamara Evans v. California Commission on Peace Officers Standards and Training, et al.** | Case No. | **2:15-cv-01951-DJC-SCR** |

I hereby certify that on <u>August 26, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT STIPULATION AND ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND MODIFY BRIEFING SCHEDULE**

I certify that **all** participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>August 26, 2025</u>, at Sacramento, California.

      Cayman Sandoval             *Cayman Sandoval*
          Declarant                             Signature

SA2015105101
39265437