Lawrance A. Bohm (SBN: 208716)
lbohm@bohmlaw.com
Kelsey K. Ciarimboli (SBN: 302611)
kciarimboli@bohmlaw.com
Andrew L. Thrasher (SBN: 346124)
athrasher@bohmlaw.com
Jack C. Brouwer (SBN: 353351)
jbrouwer@bohmlaw.com
**BOHM LAW GROUP, INC.**
4600 Northgate Blvd., Ste. 210
Sacramento, California 95834
Telephone:  866.920.1292/ Facsimile: 916.927.2046
Email:          BLG001021@bohmlaw.com

Scott A. Brown (SBN: 177099)
sbrown@bplegalgroup.com
**BROWN | POORE LLP**
2950 Buskirk Avenue, Ste. 330
Walnut Creek, California 94597
Telephone: 925.943.1166

Attorneys for Plaintiff,
TAMARA EVANS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA EVANS,<br><br>   Plaintiff,<br><br>v.<br><br>CALIFORNIA COMMISSION ON PEACE OFFICERS STANDARDS AND TRAINING; and DOES 1-25, inclusive,<br>   Defendant. | Case No.: 2:15-cv-01951-DJC-SCR<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTFF'S REPLY DUE DATE RE: PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Hearing Date:  December 4, 2025<br>Time:               1:30 p.m.<br>Courtroom:     7<br>Judge:             Hon. Daniel J. Calabretta<br><br>Action Filed:    June 4, 2014<br>Trial Date:       September 3, 2024 |

//

1

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

Plaintiff TAMARA EVANS ("Plaintiff") and Defendant CALIFORNIA COMISSION ON PEACE OFFICERS STANDARDS AND TRAINING ("Defendant") collectively (the "parties"), through their respective attorneys of record, hereby stipulate and agree as follows:

1. WHEREAS, Plaintiff's Motion for Attorneys' Fees and Costs hearing is currently set for December 4, 2025, at 1:30 p.m., before Hon. Daniel J. Calabretta.

2. WHERAS, Defendant California Commission on Peace Officer Standards and Training's filed their Opposition to the motion on October 17, 2025 (ECF No. 281.)

3. WHEREAS, according to the previous Stipulation, Plaintiff's Reply to be due on October 31, 2025, 14 days after Defendant's filed their Opposition.

4. WHEREAS, Plaintiff's lead counsel, Mr. Lawrance Bohm and Ms. Kelsey Ciarimboli, are currently in Trial with the Office of Attorney General on another matter, *Fischgrund v. CDCR*, at Sacramento Superior Court. This trial was initially expected to have already closed, but the parties are now anticipating closing argument will be on Thursday, October 30, 2025.

5. WHEREAS, parties agree to a one-week extension to November 7, 2025, for Plaintiff to file her Reply to Defendant's Opposition to Plaintiff's Motion for Reasonable Attorney's Fees and Costs.

**IT IS THEREFORE STIPULATED:**

1. Plaintiff's deadline to file her Reply to Defendant's Opposition to Plaintiff's Motion for Reasonable Attorney's Fees and Costs is extended from October 31, 2025, to November 7, 2025.

//
//
//
//
//

**IT IS SO STIPULATED**

Dated: October 28, 2025         By: */s/ Kelsey K. Ciarimboli*
                                                      LAWRANCE A. BOHM, ESQ.
                                                      KELSEY K. CIARIMBOLI, ESQ.
                                                      Attorneys for Plaintiff

Dated: October 28, 2025         By: */s/ Joseph R. Wheeler (As Authorized on 10/28/25)*
                                                      JOSEPH R. WHEELER, ESQ.
                                                      Attorney for Defendant

Bohm Law Group, Inc.
4600 Northgate Boulevard, Suite 210
Sacramento, California 95834

3

**Stipulation and Order to Extend Plaintiff's Reply Due Date re:
Plaintiff's Mtn for Attys Fees and Costs**

*Evans v. POST, et al.*                                   Case No.: 2:15-cv-01951-MCE-DB

# ORDER

Based upon the above Stipulation of the Parties, and good cause appearing therefore, IT IS HEREBY ORDERED:

1. Plaintiff's deadline to file her Reply to Defendant's Opposition to Plaintiff's Motion for Reasonable Attorney's Fees and Costs is extended from October 31, 2025, to November 7, 2025.

**IT IS SO ORDERED.**

Dated:  October 28, 2025         /s/ Daniel J. Calabretta
                                 THE HONORABLE DANIEL J. CALABRETTA
                                 UNITED STATES DISTRICT JUDGE